IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL | : |
|---|---|---|---|
| v. | : | | |
| Beana Bell | : | NO. 13-519-2 | |

## CONDITIONS OF RELEASE ORDER

### BAIL

**FILED**

Defendant is **released on bail** in the amount of: $ 100,000

SEP 25 2013

✓ O/R
___ cash
___ secured by:
   ___ % cash
   ___ property at: _____
   ___ Waiver of Clerk's office requirements - Execute an Agreement to Forfeit the Property stated above with a copy of the deed as indicia of ownership.

MICHAEL E. KUNZ, Clerk
By _____ Dep Clerk

### PRETRIAL SERVICES

__X__ Defendant shall report to Pretrial Services:
   __X__ **as directed** by Pretrial Services.
   _____ times per week **in person**.
   _____ times per week **via telephone**.

_____ Defendant shall attend mental health services under the guidance and supervision of Pretrial Services.
__x__ Defendant shall submit to **random drug testing** as directed by Pretrial Services.
__x__ Defendant shall undergo **drug/alcohol treatment** if necessary as determined by Pretrial Services.
_____ Defendant shall submit to **electronic monitoring** at the following address:

_____

_____.

_____ **24 hours a day** (Defendant may leave this residence to visit with counsel, and to attend medical appointments and religious services, all with prior approval of Pretrial Services.)

_____ Defendant is permitted to continue **working** outside the home, but shall submit to **curfew** between the hours of _____, during which electronic monitoring will be in place. (Otherwise, defendant may leave this residence to visit with counsel, and to attend medical appointments and religious services, all with prior approval of Pretrial Services.)

### TRAVEL

__X__ Travel is restricted to the **Eastern District of Pennsylvania**.
_____ Travel is restricted to the _____.

    __x__ Unless prior permission is granted by Pretrial Services.

| **PASSPORT** |
|---|

    __X__ Defendant shall surrender and/or refrain from obtaining or applying for a **passport**.

| **FIREARMS** |
|---|

    __X__ Defendant shall surrender and/or refrain from obtaining any **firearms**. <u>Any other firearms in any premises where the defendant resides while on supervised release must be removed from the premises and no firearms are to be brought into the premises during this period. The defendant shall execute a completed Prohibition on Possession of Firearms Agreement.</u>

| **MISCELLANEOUS** |
|---|

    __X__ Defendant shall have no contact with **co-defendants, potential witnesses** in this case, or individuals engaged in any **criminal activity**. *except for husband Vadim Hashler.*

    ____ Defendant must maintain present **employment**.

    __x__ Defendant must **actively seek** gainful employment.

    ____ Defendant shall undergo a **mental competency evaluation**.

    __x__ Defendant must reside:

    at: *1508 Marcy Place, Unit B, Philadelphia, Pa 19115*

    with: ____

**OTHER CONDITIONS:**

DEFENDANT IS NOT PERMITTED TO POSSESS ANY DEVICE WITH INTERNET ACCESS. COMPUTERS IN THE HOME MUST BE PASSWORD PROTECTED OR HAVE NO INTERNET ACCESS. THE DEFENDANT IS NOT PERMITTED TO USE ANY COMPUTER WITH INTERNET ACCESS UNLESS MONITORING SOFTWARE IS INSTALLED BY PRETRIAL SERVICES AND COST INCURRED TO BE PAID BY DEFENDANT. ALL RULES AND REGULATIONS REGARDING THE MONITORING SOFTWARE ARE TO BE ABIDED.

As a further condition of release, defendant shall not commit a Federal, State, or local crime during the period of release. The commission of a Federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of not more than 10 years, if the offense is a felony; or a term of imprisonment of not more than 1 year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

It is so ORDERED this _25_ day of _Sept_, 2013.

    BY THE COURT:

    S/HENRY S. PERKIN
    HENRY S. PERKIN
    UNITED STATES MAGISTRATE JUDGE