IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## BAIL STATUS AND ORDER

 NO   INTERPRETER NEEDED     :   DATE: 9/27/13

                                      :  HEARING TYPE:  ARR

CASE ASSIGNED TO JUDGE  BAYLSON

Date of Arrest: 9/25/13            :   ESR OPERATOR:  C. WARDLAW

UNITED STATES OF AMERICA     :   AUSA:  MaryBeth Leahy

       v.                           :   No: 13-519-2

BEANA BELL                   :   William A. DeStefano, Esquire
                                           [] CJA Appointed
                  :   [X] Retained
                                           [] Defenders' Assn. Apptd.

After hearing held this day pursuant to the Federal Rules of Criminal Procedure, or after hearing pursuant to government's motion, the bail status as to the above-named defendant is as follows:

           [] The Government's Motion for Temporary Detention is Granted.  A detention hearing and           are scheduled for       .

           [] The Defendant waived their right to a preliminary hearing and stipulated to [] probable cause and/or [] pretrial detention.

           [] The Government's Motion for Pretrial Detention is Granted.  The Defendant is detained pending further proceedings.

           [] The Government's Motion for Pretrial Detention is Denied.  See attached Conditions of Release Order.

           [] The Government and Defense have agreed to conditions of release.  See attached Conditions of Release Order.

           [] Other

*[] AFTER A HEARING, PROBABLE CAUSE WAS FOUND BY THE COURT.*
*[X] PLEA:  NOT GUILTY TO ALL COUNT(S).  Counsel have 14 days to file pretrial motions.*

                              *BY:*

                              */S/ Henry S. Perkin*
                              *HENRY S. PERKIN*
                              *UNITED STATES MAGISTRATE JUDGE*

*TIME IN COURT*  10  MINUTES

*(Form Revised December, 2007)*