# UNITED STATES DISTRICT COURT
for the

EASTERN District of PA

United States of America
v.

VADIM FLESHLER
*Defendant*

Case No. 13-519-1

FILED
OCT 0 8 2013
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* VADIM FLESHLER,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
IN VIOLATION OF:
18:1349 - CONSPIRACY TO COMMIT HEALTH CARE FRAUD
18:1035 - FALSE STATEMENTS IN HEALTH CARE MATTERS

Date: 09/24/2013

*Angela Burge, Deputy Clerk*
*Issuing officer's signature*

City and state: PHILADELPHIA, PA

MICHAEL E. KUNZ, CLERK OF COURT
*Printed name and title*

### Return

This warrant was received on *(date)* 9-24-13, and the person was arrested on *(date)* 9-25-13
at *(city and state)* PA

Date: 9-25-13

HHS OIG
*Arresting officer's signature*

*Printed name and title*