AO 442 (Rev. 11/11) Arrest Warrant                             HHS-OIG

# UNITED STATES DISTRICT COURT
for the

EASTERN District of PA

United States of America
v.

BEANA BELL
*Defendant*

FILED
OCT 0 8 2013
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

Case No.    13-519-2

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    BEANA BELL,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
IN VIOLATION OF:
18:1349 - CONSPIRACY TO COMMIT HEALTH CARE FRAUD
18:1035 - FALSE STATEMENTS IN HEALTH CARE MATTERS

Date:    09/24/2013

                                                        Angela Burge, Deputy Clerk
                                                        *Issuing officer's signature*

City and state:    PHILADELPHIA, PA

                                                        MICHAEL E. KUNZ, CLERK OF COURT
                                                        *Printed name and title*

---

**Return**

This warrant was received on *(date)* 9-24-13, and the person was arrested on *(date)* 9-25-13
at *(city and state)* PA

Date: 9-25-13

                                                        FBI
                                                        *Arresting officer's signature*

                                                        *Printed name and title*