# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**VADIM FLESHLER** | **CRIMINAL ACTION**<br><br>**NO. 13-519-1** |

## O R D E R

**AND NOW,** this 16th day of October, 2013, for the reasons stated in the foregoing Memorandum, it is hereby **ORDERED** that defendant's Motion for Review of Magistrate's Detention Order (ECF 19) is **DENIED**, without prejudice to the defendant renewing the Motion if, after 30 days, there is no indictment for possession of the firearm.

**BY THE COURT:**

**/s/ Timothy J. Savage for**

**MICHAEL M. BAYLSON**

O:\Criminal Cases\13-519 fleshler\13cr519.order.bail.docx